928

No. 1778, Misc. ANGLIN *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 1784, Misc. RUSSELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1791, Misc. LaCAZE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 1793, Misc. BRIGHT *v.* PATE, WARDEN. Cir. Ct., Cook County, Ill. Certiorari denied.

No. 1795, Misc. BERNSTEIN *v.* CATHERWOOD, INDUSTRIAL COMMISSIONER OF NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 1803, Misc. PURVIS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *Joseph D. Harbaugh* for petitioner. *David B. Salzman* for respondent.

No. 1798, Misc. GAYLORD ET AL. *v.* SERAPHIM, JUDGE, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 1841, Misc. BUCHANON *v.* MICHIGAN. Cir. Ct., Ingham County, Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1805, Misc. WILLIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.